■ ANGEL RUBIO OCASIO, an Infant, by His Guardian MATITZA ROSADO, et al., Respondents, v TOWN OF GREENBURGH et al., De-

fendants, and GREENBURGH ELEVEN UNION FREE SCHOOL DISTRICT, Appellant. [910 NYS2d 908]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered on or about November 27, 2009, which denied without prejudice defendant School District's motion for summary judgment, and also denied a change of venue from Bronx to Westchester County, unanimously affirmed, without costs.

A central issue in this case is which defendant(s) owed a duty to the injured infant plaintiff, a passenger in a bus, the primary purpose of which was to transport students to and from Greenburgh Eleven Union Free School District. The District's affidavit offers only self-serving conclusions (*see Ayotte v Gervasio*, 81 NY2d 1062 [1993]), and summary disposition was premature before completion of discovery (*see Palmer v Trachtenberg*, 268 AD2d 304 [2000]). In light of the alleged assault's occurrence in the Bronx and the presence of the municipal codefendants in this action, denial of change of venue outside New York City was a sound exercise of discretion (CPLR 504 [3]; *see Fucito v Board of Educ. of City of N.Y.*, 190 AD2d 605 [1993]). Concur—Tom, J.P., Friedman, DeGrasse, Freedman and Manzanet-Daniels, JJ.